IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 10-29 |
| | ) | |
| ANDREW TERRY, | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 21st day of October, 2010, IT IS HEREBY ORDERED that the transcript of the hearing on defendant's pretrial motions, held October 20, 2010, shall be transcribed and filed at the expense of the United States of America.

_____,C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All counsel of record

    Karen Earley, Court Reporter