IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | Criminal No. 10-0029 |
| ANDREW TERRY | ) | |

## ORDER

AND NOW this 22nd day of March, 2011, IT IS HEREBY ORDERED that the court will adopt the American Bar Association's Criminal Justice Standard 6-3.7 regarding the duties of standby counsel for pro se defendant, Andrew Terry.

On November 16, 2010, the court appointed Stephen Israel as defendant's counsel. On March 3, 2011, defendant notified the court of his intention to proceed pro se with Mr. Israel as standby counsel. After a pro se hearing on March 18, 2011, the court granted defendant's request to proceed pro se and allowed Mr. Israel to be defendant's standby counsel. At the hearing, defendant and Mr. Israel inquired into the duties and responsibilities of standby counsel. Please be advised that the American Bar Association Criminal Judicial Standard 6-3.7, Standby counsel for pro se defendant, states:

(a) When a defendant has been to permitted to proceed without the assistance of counsel, the trial judge should consider the appointment of standby counsel to assist the defendant when called upon. Standby counsel should always be appointed in capital cases and in cases when the maximum penalty is life without the possibility of parole. Standby counsel should ordinarily be appointed

in trials expected to be long or complicated or in which there are multiple defendants, and in any case in which a severe sentence might be imposed.

(b) The trial judge should clearly notify both the defendant and standby counsel of their respective roles and duties.

(c) When standby counsel is appointed to provide assistance to the pro se accused only when requested, the trial judge should ensure that counsel not actively participate in the conduct of the defense unless requested by the accused or directed to do so by the court. When standby counsel is appointed to actively assist the pro se accused, the trial judge should ensure that the accused is permitted to make the final decisions on all matters, including strategic and tactical matters relating to the conduct of the case.

Accordingly, the court will adopt this standard.

GARY L. LANCASTER
Chief Judge, United States District Court

cc: Andrew Terry, pro se
    Barbara Schwartz, United States Attorney
    Stephen Israel