IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, )
)
vs. ) Criminal No. 10-0029
)
ANDREW TERRY )

ORDER

AND NOW this 23 day of March, 2011, upon consideration of defendant's Motion to be Transferred to a Facility Closer to Downtown Pittsburgh [doc. no. 60], IT IS HEREBY ORDERED THAT defendant's motion is **DENIED**, without prejudice to defendant's right to knowingly execute a written waiver under the Interstate Agreement on Detainer's Act ("the Act") with respect to the lodging of any federal detainer and be returned to the custody of representatives of the Pennsylvania Department of Corrections.

GARY L. LANCASTER
Chief Judge, United States District Court

cc: Andrew Terry, pro se
    All counsel of record
    U.S. Marshal