IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) Criminal No. 10-0029 |
| ANDREW TERRY | ) |

ORDER

AND NOW this 19TH day of May, 2011, IT IS HEREBY ORDERED that the court will DENY defendant's motion for leave to proceed in forma pauperis.

On March 11, 2009, defendant, Andrew Terry, was indicted for Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(e). Trial is scheduled for July 5, 2011.

On March 3, 2011, defendant notified the court of his intention to represent himself with standby counsel. After a hearing on the matter, the court granted defendant's request to proceed pro se and appointed counsel to serve as standby counsel. On April 7, 2011, defendant filed a motion for leave to proceed in forma pauperis.

A defendant in a criminal case cannot appear in forma pauperis. In forma pauperis is a status that allows indigent plaintiffs "to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security." 28 U.S.C. § 1915(a)(2). Defendant has pointed to no statutory authority authorizing this court to grant in forma pauperis status

to a defendant in a criminal case. However, if defendant now wants counsel to represent him, defendant may request representation and the court will appoint counsel at that time.

BY THE COURT:

/GARY L. LANCASTER
Chief Judge

cc: Andrew Terry, pro se
    Barbara Schwartz, United States Attorney
    Stephen Israel