IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) Criminal No. 10-29 |
| ANDREW TERRY, Defendant. | ) |

ORDER

AND NOW, this 1ST day of June, 2011, before the Court is a document, filed by defendant , entitled "Notice" where he rescinds his prior request to proceed pro se and requests the re-appointment of counsel to represent him in this matter [document #70]. This document will be construed as a Motion for Appointment of Counsel and, upon consideration by the Court, IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the appearance of stand-by counsel, Stephen Israel, is withdrawn and that new counsel shall be appointed by the Office of the Federal Public Defender.

BY THE COURT:

_____, C.J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc: All Parties of Record